| | |
|---|---|
| IN RE:<br>**Jonathon Grant Vosler** | CHAPTER 13<br>CASE NO:  19-32056<br>JUDGE: Joel D. Applebaum |
| **Debtor**<br>_____/ | |

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Doug Dern P64567**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **2,500.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

**IT IS FURTHER ORDERED** that the Debtor(s) shall provide a complete copy of their annual federal income tax returns during case pendency on or before June 1 of the filing tax year or if unfiled, provide a copy of the extension to the Trustee.  Should the Debtor(s) not provide the requested tax information to the Trustee then the Trustee may file a Notice of Default giving the Debtor(s) 21 days to respond as to why the information has not been provided.  Upon the filing of the response the Court shall set a hearing on the matter.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s)' Plan payments shall be increased to $ **2085**  per **Month**  effective the **14**  day of **January** , **2020** .

☒ Other: Credit Union one the stay shall be lifted.

☒ On June 01, 2021 when the 2011 Honda is paid off the plan payment will increase by $260.00 PER MONTH.

Objections Withdrawn:

For Creditor  /s/ Christopher Frank
Christopher Frank (P67169)
PO Box 2191
Royal Oak MI 48068
248-268-2224
chrisf@leducfrank.com

Approved:

/s/ Carl L Bekofske
Carl L. Bekofske P10645
Chapter 13 Standing Trustee
400 N. Saginaw St., Ste. 331
Flint MI 48502
(810) 238-4675
ecf@flint13.com

/s/ Doug Dern
Doug Dern P64567
Attorney for Debtor
11636 Highland Rd. #107
Hartland MI 48353
(810) 632-9160
law4less@aol.com

**Signed on February 20, 2020**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**